Nathan M. Galliant (SBN- Fed. #21-241)
C. Cole Crabtree (SBN
JABURG WILK
3200 N. Central Avenue, Suite 2000
Phoenix, AZ 85012
Tel: (602) 248-1006
Fax: (602) 248-0522
E-mail: nmg@jaburgwilk.com

Attorneys for Defendant ALUM FINANCIAL, LLC

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

| | |
|---|---|
| KATHARINE H. HENDRICKS, for herself and all other New Mexico residences who are similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALUM FINANCIAL, LLC, a foreign limited liability company,<br><br>Defendant. | Case No.:<br><br>**DECLARATION OF ANDREW BURWELL IN SUPPORT OF ALUM FINANCIAL, LLC'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441(a)-(b) AND 28 U.S.C. § 1332**<br><br>[Lower Court Case No.; D-101-CV-2021-01371; State of New Mexico County of Santa Fe First Judicial District Court] |

I, Andrew Burwell, declare as follows:

1. I am a managing member of Defendant ALUM FINANCIAL, LLC ("Alum Financial"). I have personal knowledge of the facts stated herein and if called as a witness, could and would testify competently thereto.

2. In my capacity as a managing member for Alum Financial, I am familiar with and have personal knowledge of the domicile and residence of the other members of Alum

Financial, and Alum Financial's place of organization and its operations. Alum Financial is a limited liability company and is organized and existing under the laws of the state of California.

3. Jody Burwell and I are the only members and owners of Alum Financial. I am a citizen of the state of California. I am domiciled in Laguna Beach, California. I am not licensed as an attorney in any state.

4. I personally know Jody Burwell. He is my father. Jody Burwell is a citizen of California. Jody Burwell is domiciled in Placentia, California. Jody Burwell is not licensed as an attorney in any state.

5. I have personal knowledge of when Hendricks served the complaint in the case entitled <u>Katharine H. Hendricks, et al. v. Alum Financial</u> District Court Case Number D-101-CV-2021-01371 (the "State Court Action") on Alum Financial. Hendricks' served the complaint in the State Court Action on Alum Financial by certified mail. I received the complaint on July 20, 2021. Alum Financial was unaware of the State Court Action prior to Alum Financial being served the complaint on July 20, 2021.

6. In my capacity as a managing member of Alum Financial, I am familiar with and have personal knowledge of Alum Financial's operations, past, current and projected revenue, operating expenses, and profits. Alum Financial's losses would exceed $75,000 were it prohibited from operating in the State of New Mexico. I have reviewed the hourly rates of attorneys in the State of New Mexico. The cost of hiring a licensed New Mexico attorney to represent Alum Financial in conducting its business in New Mexico would exceed $75,000 per client based on an average hourly rate of the attorneys I reviewed.

///
///
///

1  I declare under the penalty of perjury that the foregoing is true and correct and that
2  this declaration was executed on this ___13th___ day of August, 2021 in Laguna Beach,
3  California.

By: _____
ANDREW BURWELL
Declarant

JABURG WILK
LAW FIRM

3