C. Cole Crabtree (Fed. Bar #21-244)
Nathan M. Galliant (Fed. Bar #21-241)
JABURG WILK
3200 N. Central Avenue, Suite 2000
Phoenix, AZ 85012
Tel: (602) 248-1006
Fax: (602) 248-0522
E-mail: nmg@jaburgwilk.com
ccc@jaburgwilk.com

Attorneys for Defendant ALUM FINANCIAL, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW MEXICO**

| | |
|---|---|
| KATHARINE H. HENDRICKS, for herself and all other New Mexico residences who are similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALUM FINANCIAL, LLC, a foreign limited liability company,<br><br>Defendant. | Case No.: 1-21-cv-00798-KRS-JFR<br><br>**NOTICE OF GOOD STANDING FOR PRO HAC VICE ADMISSION** |

Defendant ALUM FINANCIAL, LLC ("Alum Financial"), by and through undersigned counsel, notifies the court of the Certificate of Good Standing for Brent R. Phillips in compliance with Local Rule 83.3 and association of attorney attached herewith as Exhibit A.

JABURG WILK, P.C.

DATED: September 17, 2021        By: /s/ NMG
                                    Nathan M. Gallinat
                                    C. Cole Crabtree
                                    Attorneys for Defendant
                                    Alum Financial, LLC

22241-22241-00001\\NMG\\SRZ\\4730636.1

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 17th day of September, 2021, I caused the foregoing document to be electronically transmitted to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Good Standing for Pro Hac Vice Admission to the following ECF registrants:

Lucius James Wallace
luke@hwh-law.com
Humphreys Wallace Humphreys, PC
*Attorneys for Plaintiff*

                                             */s/ Nathan M. Gallinat*
                                             Nathan M. Gallinat