# EXHIBIT A

**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

September 7, 2021

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, BRENT RANDALL PHILLIPS, #235753 was admitted to the practice of law in this state by the Supreme Court of California on March 1, 2005; that on May 29, 2014, he was placed on a two year probation by the State Bar of California; that from that date of admission to December 3, 2019, he was an ACTIVE licensee of the State Bar of California; that effective December 3, 2019, he was enrolled as an INACTIVE licensee of the State Bar of California for failure to comply with fingerprinting requirements; that on December 16, 2019, he was reinstated as a licensee eligible to practice law in California; that he has been since that date, and is at date hereof, an ACTIVE licensee of the State of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Records