# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

KATHARINE H. HENDRICKS,

      Plaintiff,

v.                                         No. 21-cv-798 MV/JFR

ALUM FINANCIAL, LLC, and
DEBT PAY PRO,

      Defendants.

## FINAL JUDGMENT

Pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, and consistent with the Court's Order Adopting Magistrate Judge's Proposed Findings and Recommended Disposition ("Court's Order") [Doc. 75], filed on March 12, 2025, in which the Court adopted the Magistrate Judge's recommendations in full and granted Plaintiff's Motion to Enforce Settlement Agreement, the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** as follows:

(1) The Court hereby enforces the Settlement Agreement between the parties, as reflected in the written memorialization (Doc. 72-2) executed by Plaintiff (Doc. 72-1, the emails exchanged between counsel (Docs. 72-1, 72-3), and counsel's representation to the Court (Doc. 69).

(2) Alum shall fully perform under the Settlement Agreement within fifteen (15) days of the entry of this Judgment; upon failing to perform, an Order to Cause shall be entered requiring one of the members of the LLC to appear in person before the Court or be held in contempt of Court.

HONORABLE MARTHA VÁZQUEZ
SENIOR UNITED STATES DISTRICT JUDGE