**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**KATHARINE H. HENDRICKS,**

      Plaintiff,

      v.                                      No. 21-cv-00798 MV/JFR

**ALUM FINANCIAL, LLC, and
DEBT PAY PRO,**

      Defendants.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS
<u>AND RECOMMENDED DISPOSITION</u>**

**THIS MATTER** is before the Court on the Proposed Findings and Recommended Disposition by United States Magistrate Judge John F. Robbenhaar, filed April 30, 2026 [Doc. 109]. Objections were due no later than May 14, 2026. The parties have not filed any objections. The failure to make timely objections to the Magistrate Judge's Proposed Findings and Recommended Disposition waives appellate review of both factual and legal questions. *United States v. One Parcel of Real Property*, 73 F.3d 1057, 1059 (10th Cir. 1996).

**IT IS THEREFORE ORDERED** that: (1) the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 109] is adopted; and (2) Plaintiff's Motion for Attorney Fees as a Sanction [Doc. 99] is **GRANTED IN PART**, as follows: (1) Defendant Alum, Jody Burwell, and Andrew Burwell are hereby held jointly and severally liable for paying Plaintiff $10,600.00 in attorney's fees and $867.88 in New Mexico Gross Receipts Tax as a compensatory sanction; and (2) full payment of $11,467.88 is due within 14 days of entry of this Order.

**IT IS FURTHER ORDERED** that Defendant Alum's request for post-judgment discovery [Doc. 104] is **DENIED.**

DATED this 28th day of May 2026.

_____
**MARTHA VÁZQUEZ**
**SENIOR UNITED STATES DISTRICT JUDGE**